S. D. Narayan, Esq. (SBN 130964)
Gregory M. Franchi, Esq. (SBN 133705)
THE NARAYAN LAW FIRM
2040 Pioneer Court, Second Floor
San Mateo, California 94403
Telephone: (650) 403-0150
Facsimile: (650) 403-0157

Attorneys for Defendant
The Federal Deposit Insurance Corporation,
as Receiver for Washington Mutual Bank
(erroneously sued as "Washington Mutual Bank, FA" and "FDIC")

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE MACHABELI and KHATUNA MACHABELI,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA; a business entity; JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____ / | Case No. CV 11-03300 EDL<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE PLAINTIFFS' CLAIMS AGAINST THE FDIC, AS RECEIVER FOR WASHINGTON MUTUAL, AND WASHINGTON MUTUAL BANK, FA |

1 **[PROPOSED] ORDER**

2   Upon good cause shown, IT IS HEREBY ORDERED that:

3   1.   All of Plaintiffs' Causes of Action against the Federal Deposit Insurance
4 Corporation ("FDIC") as receiver of Washington Mutual Bank (erroneously sued as
5 "Washington Mutual Bank, FA" and "FDIC"), Washington Mutual Bank and the FDIC,
6 are hereby dismissed with prejudice. This dismissal shall not prevent Plaintiffs from
7 pursuing their asserted claims against the other defendants.

8   2.   The FDIC, as Receiver of Washington Mutual Bank, shall not seek costs or
9 fees against Plaintiffs George Machabeli and/or Khatuna Machabeli, as a result of the
10 dismissal of these Causes of Action.

11   IT IS SO ORDERED.

13 Dated: August 25, 2011

_____
Honorable Judge Elizabeth D. Laporte
United States District Court